B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District Of Illinois

In re __Brittany N. Ward__,
         Debtor

Case No. __13 B 43340__    )3P6

Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __70.25__        Check one  ☐ With the filing of the petition, or
                              ☑ On or before __December 5, 2013__

$ __70.25__ on or before __January 3, 2014__

$ __70.25__ on or before __January 31, 2014__

$ __70.25__ on or before __February 28, 2014__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __NOV -6 2013__

__/s/ Pamela S Hollis__
United States Bankruptcy Judge